IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SKY MIGUEL LITTLE COYOTE, <br><br> Plaintiff, <br><br> vs. <br><br> OFFICER MALCOLM, ET AL., <br><br> Defendants. | CV 25–119–BLG–DWM <br><br><br> ORDER |

Plaintiff Sky Miguel Little Coyote, an inmate proceeding pro se, lodged a civil rights complaint and moved to proceed in forma pauperis. (Docs. 1 and 2.) Little Coyote's motion to proceed in forma pauperis was denied, and he was directed that he must pay the filing fee by November 17, 2025, in order to continue with this matter. (Doc. 4.) Instead, Little Coyote has now filed a motion to continue, seeking a six-month continuance of the order to pay his filing fee. (Doc. 5.) Because he has not paid, Little Coyote's Complaint has not yet filed, and thus, there are no proceedings to continue. If he is not prepared to prosecute his litigation at this time, his case will be closed.

Accordingly, IT IS HEREBY ORDERED that:

1. Little Coyote's motion to continue is DENIED. (Doc. 5.)

1

2. The Clerk of Court is directed to close this matter.

DATED this 18th day of November, 2025.

                                             Donald W. Molloy, District Judge
                                             United States District Court